**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

TG **FILED**
**DECEMBER 18, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Lorrie Wilkins, by her next friend Lianka Fonville, | |
| v. | |
| Lincoln Park Plaza, LLC, et. al., | **JUDGE PALLMEYER**<br>**MAGISTRATE JUDGE COLE** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Lorrie Wilkins

**07 C 7093**

| NAME (Type or print) |
|---|
| Nareen C. Kim |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Nareen Kim |

| FIRM |
|---|
| Legal Assistance Foundation of Metropolitan Chicago |

| STREET ADDRESS |
|---|
| 111 W. Jackson, 3rd Floor |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6237444 | 312-347-8395 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐