**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

**FILED**
**TG**
**DECEMBER 18, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>Lorrie Wilkins, by her next friend Lianka Fonville,<br><br>v.<br><br>Lincoln Park Plaza, LLC, et. al., | Case Number:<br><br>**JUDGE PALLMEYER**<br>**MAGISTRATE JUDGE COLE**<br><br>**07 C 7093** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Lorrie Wilkins

| |
|---|
| NAME (Type or print)<br>Richard Wheelock |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Richard Wheelock |
| FIRM<br>Legal Assistance Foundation of Metropolitan Chicago |
| STREET ADDRESS<br>111 W. Jackson, 3rd Floor |
| CITY/STATE/ZIP<br>Chicago, IL 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6186597 | TELEPHONE NUMBER<br>312-347-8389 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐