Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 7093 | DATE | 12/19/2007 |
| CASE TITLE | Lorrie Wilkins vs. Lincoln Park Plaza, LLC., et al | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for temporary restraining order is granted. Plaintiff is excused from posting security under Fed. R. Civ. P. 65(c). This order shall continue in full force and effect until December 21, 2007 at 12:00 noon. This matter is set for hearing on Plaintiff's motion for preliminary injunction for Friday, December 21, 2007 at 9:00 a.m. Enter Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:04

| | Courtroom Deputy Initials: | ETV |
|---|---|---|



2007 DEC 20 PM 5:46

FILED