cH

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LORRIE WILKINS, by her next friend, LIANKA FONVILLE, ) ) ) | |
| Plaintiff, ) ) ) | |
| vs. ) ) | No. 07 C 7093 |
| LINCOLN PARK PLAZA, LLC., an Illinois Corporation; BJB LINCOLN PARK, INC., an Illinois Corporation; BJB PARTNERS, LLC, an Illinois Corporation; LINCOLN PARK PLAZA MANAGEMENT SPE, INC., an Illinois Corporation; DINO VUKIC, Property Manager for Lincoln Park Plaza; and BETH CRUZ, Assistant Property Manager for Lincoln Park Plaza, ) ) ) ) ) ) ) ) ) ) ) ) | Judge Pallmeyer Magistrate Judge Cole |
| Defendants. ) | |

## ORDER

This matter coming to be heard on Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction;

Plaintiff appearing through counsel, Defendants neither appearing personally, nor through counsel;

THE COURT FINDS:

A. There exists an immediate and irreparable injury if a temporary restraining order does not issue. Plaintiff in this matter, a 9-year-old child, is at risk of losing the federally subsidized apartment where she was raised and at risk of becoming homeless.

B.  On December 18, 2007, Plaintiff's counsel informed Cary G. Schiff, counsel for Defendants, of the time, date and place of these proceedings both by e-mail, including e-mailing copies of the Complaint and the Motion for a Temporary Restraining Order and Preliminary Injunction, and by telephone, personally speaking with Mr. Schiff. Further delaying these proceedings to accomplish additional notice risks Plaintiff's loss of her federally subsidized housing without determination of her rights under the U.S. Housing Act of 1937.

C.  Plaintiff is indigent and cannot afford to post bond as security.

NOW THEREFORE, IT IS HEREBY ORDERED:

1.  Defendants and their agents are enjoined from taking any action to upset the status quo of Plaintiff's housing situation, including being enjoined from initiating state court eviction proceedings, until expiration of this Order.

2.  Plaintiff is excused from posting security under Fed. R. Civ. P. 65(c).

3.  Plaintiff's counsel is ordered to provide notice of the date set for hearing on Plaintiff's motion for a preliminary injunction to Defendant's counsel by telephone and by e-mail.

4.  This order shall continue in full force and effect until December 21, 2007 at 12:00 noon.

5.  This matter is set for hearing on Plaintiff motion for a preliminary injunction for Friday, December 21, 2007 at 9:00 a.m.

ENTER: _____
Judge, United States District Court

Dated: 12/20/07

Time: 10:30 a.m.