## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer *RRP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7093 | **DATE** | 12/21/2007 |
| **CASE TITLE** | Lorrie Wilkins vs. Lincoln Park Plaza, LLC., et al | | |

**DOCKET ENTRY TEXT**

Preliminary injunction hearing stricken. By agreement, Plaintiff will be permitted to remain in her home pending the next status conference, now set for 2/11/2008 at 9:00.

Docketing to mail notices.

00:02

| | Courtroom Deputy Initials: | ETV |
|---|---|---|