# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7093 | **DATE** | 3/13/2008 |
| **CASE TITLE** | Lorrie Wilkins vs. Lincoln Park Plaza, LLC, et al | | |

**DOCKET ENTRY TEXT**

Status hearing held on 3/13/2008. Plaintiff to serve process by or on 3/27/2008. Status hearing set for 4/8/2008 at 9:00.

Docketing to mail notices.

00:02

| | Courtroom Deputy Initials: | ETV |
|---|---|---|