

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

LORRIE WILKINS, by her next friend
LIANKA FONVILLE,
    v.
LINCOLN PARK PLAZA, LLC et al

Case Number: 07 C 7093

Judge Pallmeyer

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

LINCOLN PARK PLAZA, LLC, BJB LINCOLN PARK, INC., BJB PARTNERS, LLC, LINCOLN PARK PLAZA MANAGEMENT SPE, INC., DINO VUKIC, BETH CRUZ ("DEFENDANTS")

FILED
Apr 7, 2008
APR 07 2008 TC
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) <br> CARY G. SCHIFF | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ | |
| FIRM <br> CARY G. SCHIFF & ASSOCIATES | |
| STREET ADDRESS <br> 134 N. LASALLE STREET, SUITE 1135 | |
| CITY/STATE/ZIP <br> CHICAGO, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6192697 | TELEPHONE NUMBER <br> (312) 419-1130 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐