## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7093 | **DATE** | 4/23/2008 |
| **CASE TITLE** | Lorrie Wilkins vs. Lincoln Park Plaza, LLC., et al | | |

**DOCKET ENTRY TEXT**

Discovery hearing held. Rule 26(a) discovery by 5/1/2008. All written discovery to be completed by 7/1/2008. Expert discovery, for both sides, to be completed by 8/15/2008. Parties will have until 8/15/2008 to add additional parties and to amend pleadings. Dispositive motions due 9/2/2008. Defendant to Answer or otherwise plead by 5/9/2008.

Notices mailed by Judicial staff.

00:02

| | Courtroom Deputy Initials: | ETV |
|---|---|---|