UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LORRIE WILKINS, by her next friend, LIANKA FONVILLE, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>LINCOLN PARK PLAZA, LLC., an Illinois Corporation; BJB LINCOLN PARK, INC., an Illinois Corporation; BJB PARTNERS, LLC, an Illinois Corporation; LINCOLN PARK PLAZA MANAGEMENT SPE, INC., an Illinois Corporation; DINO VUKIC, Property Manager for Lincoln Park Plaza; and BETH CRUZ, Assistant Property Manager for Lincoln Park Plaza, )<br>)<br>Defendants. ) | No. 07 C 7093<br><br>Judge Pallmeyer<br>Magistrate Judge Cole |

**NOTICE OF MOTION**

To:   Cary G. Schiff
      Cary G. Schiff & Associates
      134 N. LaSalle Street, Suite 1135
      Chicago, IL 60602

   Please take notice that on September 16, 2008, at 8:45 a.m., or as soon thereafter as the matter may be heard, Plaintiff, by and through her attorneys, shall appear before the Honorable Judge Rebecca R. Pallmeyer, in the courtroom usually occupied by her in the United States District Court, 219 South Dearborn Street, Room 2119, Chicago, Illinois, and shall then and there present the attached Plaintiff's Motion for Default in the above-captioned case, a copy of which is hereby served upon you.

/s/ Nareen Kim
_____
One of the Attorneys for Plaintiff

Attorneys for Plaintiff:
Legal Assistance Foundation of Metropolitan Chicago
Richard Wheelock
Nareen Kim
Charles R. Petrof
111 W. Jackson, 3rd Floor
Chicago, IL 60604
(312) 341-1070

## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2008, I electronically filed the foregoing Notice of Motion and the attached Plaintiff's Motion for Default with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

    Cary G. Schiff

I also certify under penalty of perjury that I served the foregoing Notice of Motion and the attached Plaintiff's Motion for Default, by placing it in the U.S. Mail at 111 W. Jackson Blvd, Chicago, Illinois on September 2, 2008 before 5:00 p.m. with proper postage prepaid to:

    Cary G. Schiff
    Cary G. Schiff & Associates
    134 N. LaSalle Street, Suite 1135
    Chicago, IL 60602

    /s/ Nareen Kim
    _____
    Nareen Kim